David S. Blau (State Bar No. 166825)
David M. Morrow (State Bar No. 175776)
Law Offices of David S. Blau, P.C.
6080 Center Drive, Suite 210
Los Angeles, California 90045
(310) 410-1900 phone
(310) 410-1901 fax
david@blaulaw.net

Attorneys for Plaintiff,
Clarendon America Insurance Company

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CLARENDON AMERICA INSURANCE COMPANY,

Plaintiff,

vs.

MT. HAWLEY INSURANCE COMPANY; AND DOES 1 through 100, inclusive,

Defendants

Case No. CV07-07351 GAF (JWJx)

**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that, Plaintiff CLARENDON AMERICA INSURANCE COMPANY hereby lodges with this Court the attached [Proposed] Judgment for Plaintiff Clarendon America Insurance Company on All Causes of Action, and Against Defendant Mt. Hawley Insurance Company.

DATED: October 20, 2008

Law Offices of David S. Blau, P.C.

By: ______________________

David S. Blau
David M. Morrow
Attorneys for Plaintiff,
CLARENDON AMERICA
INSURANCE COMPANY