JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY; AND DOES 1 through 100, inclusive,<br><br>Defendants | Case No. CV07-07351 GAF (JWJx)<br><br>**JUDGMENT FOR PLAINTIFF CLARENDON AMERICA INSURANCE COMPANY ON ALL CAUSES OF ACTION, AND AGAINST DEFENDANT MT. HAWLEY INSURANCE COMPANY** |

The motions of Plaintiff Clarendon America Insurance Company ("Plaintiff") for summary judgment, and of Defendant Mt. Hawley Insurance Company ("Defendant") for summary judgment, pursuant to Federal Rule of Civil Procedure 56, came on regularly for hearing on October 6, 2008. The Court, having considered all moving and opposing papers, the arguments of counsel, and all other materials and evidence presented, having GRANTED Plaintiff's motion for summary judgment as to all causes of action in Plaintiff's complaint, and having DENIED Defendant's motion for summary judgment pursuant to the Order entered and filed on October 14, 2008,

1

ORDERS AND ADJUDGES,

1.      That plaintiff had no duty to indemnify the parties' mutual insured, D.B. Construction Company ("DB"), in the arbitration captioned <u>Roman Catholic Archdiocese v. Hopkins, et al.</u>, American Arbitration Association Case No. 72 100 00918 04 HLT (the "Underlying Arbitration"), under Clarendon Policy No. UCLW 1000961, issued to DB;

2.      That defendant had a duty to indemnify DB in connection with the Underlying Arbitration;

3.      That plaintiff recover from defendant the sum of $180,000.00 as equitable indemnification for the amount paid by plaintiff to indemnify DB in connection with the Underlying Arbitration, with interest thereon at the applicable rate from the date of entry of this judgment until paid;

4.      That plaintiff recover from defendant pre-judgment interest in the sum of $18,000.00, representing one year's interest on the above-described principal, at the applicable rate of ten percent (10%) per annum, from the date of plaintiff's underlying payment on October 9, 2007, through October 9, 2008, plus $_____, representing an additional $49.32 per diem from October 9, 2008, through the date of entry of this judgment, calculated at the same rate;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5.    That plaintiff recover from defendant its costs of suit in the sum of $_____; and

6.    That the action be, and hereby is, dismissed.

Dated: October 23, 2008

_____

U.S. DISTRICT JUDGE

3