David S. Blau (State Bar No. 166825)
David M. Morrow (State Bar No. 175776)
Law Offices of David S. Blau, P.C.
6080 Center Drive, Suite 210
Los Angeles, California 90045
(310) 410-1900 phone
(310) 410-1901 fax
david@blaulaw.net

Attorneys for Plaintiff,
Clarendon America Insurance Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY; AND DOES 1 through 100, inclusive,<br><br>　　　　　Defendants | Case No. CV07-07351 GAF (JWJx)<br><br>**PLAINTIFF'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Date:　November 21, 2008<br><br>[Filed Concurrently with Bill of Costs] |

TO THIS HONORABLE COURT, PLAINTIFF, AND ITS COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE that the Bill of Costs and disbursements filed concurrently herewith in the above-entitled cause will be presented to the Clerk of the above-entitled Court located at 255 East Temple Street, Los Angeles, California on November 21, 2008. Plaintiff, CLARENDON AMERICA INSURANCE COMPANY hereby applies to the Clerk to Tax Costs.

　　　Judgment was entered in this case on October 23, 2008 against Defendant, MT. HAWLEY INSURANCE COMPANY and in favor of Plaintiff,

1

1 | CLARENDON AMERICA INSURANCE COMPANY.

2 | Plaintiff concurrently files a separate Bill of Costs for $3,718.99.

3 | DATED: November 6, 2008      Law Offices of David S. Blau, P.C.

By: *[signature]*
David S. Blau
David M. Morrow
Attorneys for Plaintiff,
CLARENDON AMERICA
INSURANCE COMPANY

2